Brandon H. Brown (SBN 266347)
bhbrown@kirkland.com
Barbara N. Barath (SBN 268146)
barbara.barath@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439 1400
Facsimile: (415) 439 1500

Christopher M. Lawless (SBN 268952)
christopher.lawless@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680 8400
Facsimile: (213) 680 8500

Gregory S. Arovas (*pro hac vice* to be filed)
greg.arovas@kirkland.com
Todd M. Friedman (*pro hac vice* to be filed)
tfriedman@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446 4800
Facsimile: (212) 446 4900

*Attorneys for Plaintiff Intel Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, | CASE NO. 3:21-CV-3398 |
| Plaintiff, | **NOTICE OF APPEARANCE OF BARBARA N. BARATH** |
| v. | |
| TRENCHANT BLADE TECHNOLOGIES, LLC AND LONGHORN IP LLC, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Barbara N. Barath of Kirkland & Ellis LLP will hereby appear on behalf of Plaintiff Intel Corporation. All future pleading and correspondence related to the above-captioned matter should be served upon Kirkland & Ellis LLP at the address indicated below:

Barbara N. Barath
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
barbara.barath@kirkland.com

DATED: May 6, 2021

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Barbara N. Barath*

Brandon H. Brown (SBN 266347)
bhbrown@kirkland.com
Barbara N. Barath (SBN 268146)
barbara.barath@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439 1400
Facsimile: (415) 439 1500

Christopher M. Lawless (SBN 268952)
christopher.lawless@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680 8400
Facsimile: (213) 680 8500

Gregory S. Arovas (*pro hac vice* to be filed)
greg.arovas@kirkland.com
Todd M. Friedman (*pro hac vice* to be filed)
tfriedman@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446 4800
Facsimile: (212) 446 4900

*Attorneys for Plaintiff Intel Corporation*